IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHANDRA ROBERTS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-3803 |
| | : | |
| **MICHAEL J. ASTRUE,**[1] | : | |
| **Commissioner of Social Security** | : | |
| Defendant | : | |

## O R D E R

**STENGEL, J.**

      **AND NOW**, this _____ day of September, 2007, after careful review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, IT IS ORDERED that:

    1.    The Report and Recommendation is APPROVED and ADOPTED.

    2.    The plaintiff's request for review (Document #7) is GRANTED in part and DENIED in part; and

    3.    The case is REMANDED to the Commissioner of the Social Security Administration so that the Administrative Law Judge ("ALJ") can conduct additional proceedings consistent with the Report and Recommendation. Specifically, upon remand, the ALJ should: (a) explicitly consider Plaintiff's January and November 2003 GAF score of 50 and, if the ALJ still wishes to rely upon the December 2001 GAF score of 60, she should explain why; (b) explicitly consider Andrea Russell's testimony concerning the debilitating effects of Plaintiff's pain and explain the weight and credibility accorded to this witness; and (c) thereafter, re-evaluate the credibility of Plaintiff's subjective complaints.

                BY THE COURT:

                _____
                LAWRENCE F. STENGEL, J.

---

[1] Michael J. Astrue, the current Commissioner as of February 12, 2007, has been substituted for Joanne B. Barnhart as the defendant, Commissioner of Social Security, pursuant to Fed. R. Civ. P. 25(d)(1).